ABDEL WAHED EL TAZI, Appellant, *v.* ABRAHAM STEIN, Impleaded, etc., Respondent.

(Argued March 9, 1891; decided April 14, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 16, 1891, which reversed an order of Special Term denying a motion to vacate an order for the examination of defendant Stein as a witness before trial.

*Joseph Fettretch* for appellant.

*J. Hampden Dougherty* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

FANNIE BEAN, Respondent, *v.* GEORGE W. CARLETON et al., Appellants.

(Argued March 10, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 12, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Ira D. Warren* for appellant.

*Alfred B. Cruickshank* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.